```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 00075
    ELVI VASILI
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-1487

------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/03/2008 and was confirmed 03/26/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  34.00%.

     The case was dismissed after confirmation 10/23/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
CINGULAR                   UNSECURED         NOT FILED          .00            .00
FORD MOTOR CREDIT          UNSECURED          9958.65           .00            .00
CITY OF CHICAGO PARKING    UNSECURED           927.00           .00            .00
ECMC                       UNSECURED          5932.34           .00            .00
BANK OF NEW YORK           CURRENT MORTG         .00            .00            .00
BANK OF NEW YORK           MORTGAGE ARRE         .00            .00            .00
WALDEN CONDOMINIUM ASSOC   SECURED            4283.13           .00         312.00
REGIONAL ACCEPTANCE CORP   SECURED VEHIC         .00            .00            .00
WALDEN CONDOMINIUM ASSOC   CURRENT MORTG         .00            .00            .00
MATCO TOOLS                SECURED               .00            .00            .00
BURNS & WINCEK LTD         DEBTOR ATTY       3,000.00                      3,000.00
TOM VAUGHN                 TRUSTEE                                           288.00
DEBTOR REFUND              REFUND                                              .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                   RECEIPTS                    DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     3,600.00

PRIORITY                                                    .00
SECURED                                                  312.00
UNSECURED                                                   .00
ADMINISTRATIVE                                         3,000.00
TRUSTEE COMPENSATION                                     288.00
DEBTOR REFUND                                               .00
                           ---------------          ---------------
TOTALS                       3,600.00                  3,600.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 00075 ELVI VASILI

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 00075 ELVI VASILI